IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

RICKY E. MELLON                                                  PLAINTIFF

        v.                                     CIVIL NO. 14-3026

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                        DEFENDANT

**MEMORANDUM OPINION**

      Plaintiff, Ricky Mellon, brings this action pursuant to 42 U.S.C. § 405(g) seeking judicial review of a decision of the Commissioner of Social Security (Commissioner). ECF No. 1. On September 11, 2014, Plaintiff filed a Motion to Dismiss, indicating he now believes that substantial evidence supports the ALJ's decision, and wishes to dismiss his appeal. ECF No. 10. Plaintiff's motion to dismiss is hereby granted, and the clerk is directed to dismiss Plaintiff's case with prejudice.

      DATED this the 11th day of September 2014.

                                         /s/ *J. Marschewski*
                                         HONORABLE JAMES R. MARSCHEWSKI
                                         CHIEF UNITED STATES MAGISTRATE JUDGE